IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| REGENA BANKS, on behalf of herself ) and all others similarly situated, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> GEORGIA PHARMACY ) ASSOCIATION, INC., and JAMES ) BRACEWELL, ) <br> ) <br> Defendants. ) <br> _____ ) | CIVIL ACTION <br> NO. 1:11-CV-03393-AT <br><br> JURY TRIAL DEMANDED |

## ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41 (a)(l)(A)(ii), and the parties' Joint Notice of Resolution, the Court, having reviewed in camera the terms of the parties' confidential settlement agreement, approves the resolution and the dismissal of Fair Labor Standards Act and other claims as fair and reasonable on the terms set forth in the parties' agreement. This Court shall retain jurisdiction to enforce the terms of the parties' settlement.

It is therefore hereby ORDERED that this case be DISMISSED WITH PREJUDICE and that Plaintiff's Motions for Sanctions be DENIED AS MOOT.

1

This \_\_20th\_\_ day of December, 2012,

_____
The Honorable Amy Totenberg, Judge
United States District Court
Northern District of Georgia